UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S) DEREK SMITH LAW GROUP ESQ.
1 PENNSYLVANIA PLAZA 49TH FLR. NEW YORK, NY 10119 | PH: (212) 587-0760

Civil Number: 7:21-cv-06140-PMH

Date Filed: 07/19/2021

Noreida Balotti

                                    Plaintiff

vs

Spring Valley Care LLC, et al

                                    Defendant

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:                    **AFFIDAVIT OF SERVICE**

Michael Rokicsak        , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 9/9/2021, at 12:45 PM at 175 EAST RT 59 , SPRING VALLEY , NY 10977, Deponent served the within Summons in a Civil Action and Complaint,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: SAMUEL FISCH , Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **ARYEH LEVINE (Co-Worker), a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of ARYEH LEVINE is as follows:

Sex: Male        Color of skin: Lt Brown  Color of hair: Bald    Age: 22-35
Height: Over 6ft        Weight: 161-200 Lbs.  Other :

On September 10, 2021, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on September 10, 2021

Ellen Eakley
Notary Public - State of New York
No. 01EA5065889; Qualified in Westchester County
My Commission Expires September 29, 2021

Client's File No.:

Process Server, Please Sign
Michael Rokicsak
Lic#
Job #: 2121291

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*