UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEREIDA BALOTTI,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>SPRING VALLEY CARE LLC, MEDRITE SPRING VALLEY LLC, MEDRITE LLC, MEDRITE MEDICAL CARE, P.C., MEDRITE CARE LLC, ALAIN MASS, and SAMUEL FISCH,<br><br>　　　　　　　　Defendants. | Case No.: 21-cv-06140-PMH<br><br>**STIPULATION TO DISMISS DEFENDANT SAMUEL FISCH FROM ACTION** |

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between counsel for the parties herein, that this action shall be dismissed as against Defendant SAMUEL FISCH without prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that an executed copy of this stipulation shall be deemed the same as a signed original.

Date:　New York, New York
　　　　February 21, 2022

| **DEREK SMITH LAW GROUP** | **HERRICK, FEINSTEIN LLP** |
|---|---|
| By: _/s/ Alex Cabeceiras_<br>　　　Alexander Cabeceiras<br>　　　One Penn Plaza, Suite 4905<br>　　　New York, New York 10119<br>　　　Tel: 332-910-5613<br>　　*Attorneys for Plaintiff*<br>　　*Nereida Balotti* | By: _/s/_____<br>　　　Avery Mehlman<br>　　　Meaghan Roe<br>　　　Beth Khinchuk<br>　　　Two Park Avenue<br>　　　New York, New York 10016<br>　　　Tel: 212-592-5985<br>　　*Attorneys for Defendants*<br>　　*Spring Valley Care LLC, Medrite*<br>　　*Spring Valley LLC, Medrite LLC,*<br>　　*Medrite Medical Care, P.C., Medrite*<br>　　*Care LLC, and Samuel Fisch* |