Case 7:21-cv-06140-PMH Document 50 Filed in NYSD on 02/21/2022 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEREIDA BALOTTI,<br><br>       Plaintiff,<br><br>    -against-<br><br>SPRING VALLEY CARE LLC, MEDRITE SPRING VALLEY LLC, MEDRITE LLC, MEDRITE MEDICAL CARE, P.C., MEDRITE CARE LLC, ALAIN MASS, and SAMUEL FISCH,<br><br>       Defendants. | Case No.: 21-cv-06140-PMH<br><br>**STIPULATION TO DISMISS DEFENDANT SAMUEL FISCH FROM ACTION** |

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 23, 2022

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between counsel for the parties herein, that this action shall be dismissed as against Defendant SAMUEL FISCH without prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that an executed copy of this stipulation shall be deemed the same as a signed original.

Date: New York, New York
February 21, 2022

| **DEREK SMITH LAW GROUP** | **HERRICK, FEINSTEIN LLP** |
|---|---|
| By: _Alex Cabeceiras_<br>    Alexander Cabeceiras<br>    One Penn Plaza, Suite 4905<br>    New York, New York 10119<br>    Tel: 332-910-5613<br>    *Attorneys for Plaintiff*<br>    *Nereida Balotti* | By: _____<br>    Avery Mehlman<br>    Meaghan Roe<br>    Beth Khinchuk<br>    Two Park Avenue<br>    New York, New York 10016<br>    Tel: 212-592-5985<br>    *Attorneys for Defendants*<br>    *Spring Valley Care LLC, Medrite*<br>    *Spring Valley LLC, Medrite LLC,*<br>    *Medrite Medical Care, P.C., Medrite*<br>    *Care LLC, and Samuel Fisch* |