# DEREK SMITH LAW GROUP, PLLC
### Sexual Harassment and Discrimination Lawyers

**New York | Los Angeles | Philadelphia | Miami | New Jersey | San Francisco | San Diego**

July 14, 2023

Hon. Philip M. Halpern
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

      **Re:** ***Balotti v. Spring Valley Care LLC, et al.* 21-cv-6140-PMH**
           **Notice of Resolution**

Dear Judge Halpern,

    As Your Honor is aware we represent Plaintiff in the above referenced matter.

    The parties have reached an agreement in principle. We ask the Court administratively terminate this action for 60-days, pending consummation of the final settlement agreement. The parties will submit a dismissal with prejudice on or shortly after September 15, 2023.

    We thank Your Honor for overseeing this matter.

Date: July 14, 2023

                                                              Respectfully Submitted,

                                                            */s/ Alexander G. Cabeceiras*
                                                            Alexander G. Cabeceiras, Esq.