UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NEREIDA BALOTTI,

                Plaintiff,

      -against-

SPRING VALLEY CARE LLC, *et al.*

                Defendants.
---------------------------------------------------------X

**ORDER**

21-CV-6140 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Plaintiff Nereida Balotti ("Plaintiff") and Defendants Spring Valley Care LLC, Medrite Spring Valley LLC, Medrite Medical Care, P.C., Medrite Care LLC, and Alain Mass ("Defendants") have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
       July 17, 2023

                                              _____
                                              Philip M. Halpern
                                              United States District Judge